<u>REQUEST FOR COURT ACTION / DIRECTION</u>

**07CRM. 724**

| | | |
|---|---|---|
| TO: | James Molinelli<br>Clerk's Office | OFFENSE: <u>Conspiracy to Possess with Intent to Distribute Heroin [21 USC 841(b)(1)(A)]</u> |
| | | ORIGINAL SENTENCE: <u>Forty Six (46) months imprisonment; $100 Special Assessment; five (5) years Supervised Release</u> |
| FROM: | Tiffany Thomas<br>U.S. Probation Officer | SPEC. CONDITIONS:<br><u>1. The defendant shall participate in a program of testing and treatment for substance abuse as directed by the U.S. Probation Officer until such time as the defendant is released from the program by the probation officer.<br>2. The defendant shall participate in a program of anger management counseling and/or treatment as deemed necessary by the U.S. Probartion Officer until such time as the defendant is released from the program by the probation officer.</u> |

RE:   **AQUINO, Juan**
       **Docket No.: 2:02-789-001**



DATE OF SENTENCE:   <u>February 4, 2004</u>

DATE:   August 2, 2007

ATTACHMENTS:   PSI <u>X</u>     JUDGMENT <u>X</u>

REQUEST FOR:   COURT DIRECTION <u> X </u>

---

*Request for Acceptance of Jurisdiction*

This offender was sentenced in the District of South Carolina (Charleston) on February 4, 2004, as outlined above. He was released from custody on December 14, 2005 to commence his supervised release term. On July 20, 2007, the District of South Carolina initiated a transfer of jurisdiction with their Court, based on his permanent residence in this district.

Enclosed please find Probation Form(s) 22 signed on July 20, 2007 by the Honorable P. Michael Duffy, U.S. District Judge (signed by Judge Norton), for the District of South Carolina, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.

**Aquino, Juan** P45962-TT
Docket No.: 2:02-789-001
Page 2

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached form(s), Probation 22, be endorsed and returned to our office.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *[signature]*
    Tiffany Thomas
    U.S. Probation Officer
    212-805-0033

Approved By: *[signature]* 8-2-07
    Avriel G. George    Date
    Supervising U.S. Probation Officer

/dg
Enclosures